[No. 33556-9-III.   Division Three.   February 9, 2017.]

JUDITH Q. CHAVEZ ET AL., *Petitioners*, v. OUR LADY OF LOURDES HOSPITAL AT PASCO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-2-50575-9, Bruce A. Spanner, J., entered May 21, 2015. *Affirmed* and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33828-2-III.   Division Three.   February 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LEONARD HUESTIES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50058-8, Cameron Mitchell, J., entered September 15, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 33938-6-III.   Division Three.   February 9, 2017.]

SAMUEL SALMON ET AL., *Appellants*, v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 13-2-00281-5, Allen Nielson, J., entered November 17, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 34051-1-III.   Division Three.   February 9, 2017.]

*In the Matter of the Estate of* KATHRYN JOYCE RATHBONE.

GLEN L. RATHBONE, *Respondent*, v. TODD RATHBONE, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 15-4-00010-5, David G. Estudillo, J., entered January 8, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.